HENRY H. HANSEN, Appellant, v. SAMUEL C. VENNERO, Respondent.—

Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.